```
 1  SEYFARTH SHAW LLP
    Daniel Whang (SBN 223451)
 2  dwhang@seyfarth.com
    2029 Century Park East, Suite 3500
 3  Los Angeles, California 90067-3021
    Telephone: (310) 277-7200
 4  Facsimile:  (310) 201-5219

 5  SEYFARTH SHAW LLP
    Gina Gi (SBN 266708)
 6  ggi@seyfarth.com
    601 South Figueroa Street, Suite 3300
 7  Los Angeles, California 90017-5793
    Telephone:  (213) 270-9600
 8  Facsimile: (213) 270-9601

 9  Attorneys for Defendant
    FLOOR AND DECOR OUTLETS OF
10  AMERICA, INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIKKI SALDIVAR and FRANCISCO ALEMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLOOR AND DECOR OUTLETS OF AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00714-ODW-MARx<br><br>**DEFENDANT FLOOR AND DECOR OUTLET OF AMERICA, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION OF PLAINTIFFS' INDIVIDUAL CLAIMS AND TO DISMISS CLASS ACTION CLAIMS**<br><br>*[Filed Concurrently with Memorandum of Points and Authorities; Declaration of Mandi Donovan; Declaration of Cindy Quinones; Declaration of Justin Mescall; Declaration of Gina Gi; and [Proposed] Order]*<br><br>Date:  April 20, 2026<br>Time: 1:30 p.m.<br>Loc:   U.S. Courthouse<br>      Courtroom 5D<br>      350 W. 1st St.<br>      Los Angeles, CA 90012 |

NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION

322955176v.1

**TO THE HONORABLE COURT, PLAINTIFFS, AND PLAINTIFFS' COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 20, 2026 or as soon thereafter as the matter may be heard in Courtroom 5D, 5th Floor, of the First Street U.S. Courthouse located at 350 W. 1st St., Los Angeles, CA 90012, Defendant Floor and Decor Outlets of America, Inc. ("Defendant") will and hereby does move for an order compelling arbitration of Plaintiffs' individual claims and dismissing Plaintiffs' class action claims.

This motion is brought pursuant to the Federal Arbitration Act, 9 U.S.C., § 1, *et seq.*, on the grounds that there is a valid and enforceable Arbitration Agreement, the claims alleged are covered by that Arbitration Agreement, and the controversies arise out of and relate to transactions involving interstate commerce. Pursuant to this Arbitration Agreement, Plaintiffs agreed that their claims must be arbitrated on an individual basis, and Plaintiffs agreed to waive their right to bring or participate in a class action. Accordingly, their individual claims must be arbitrated and the class action must be dismissed.

In accordance with Local Rule 7-3, prior to filing the instant motion, Defendant's counsel met and conferred with Plaintiff's counsel to discuss this motion, but a resolution could not be reached.

This motion is based on this Notice of Motion and Motion to Compel Arbitration; the accompanying Memorandum of Points and Authorities; the Declarations of Mandi Donovan, Cindy Quinones, Justin Mescall, and Gina Gi and exhibits thereto; all pleadings, papers, and records on file herein, any oral argument that may be presented at the hearing, and upon such other matters as the Court deems just and necessary.

1  DATED: February 12, 2026                Respectfully submitted,

2                                          SEYFARTH SHAW LLP

3

4                                          By: */s/ Gina Gi*
                                              Daniel Whang
5                                             Gina Gi
                                              Attorneys for Defendant
6                                             FLOOR AND DECOR OUTLETS OF
                                              AMERICA, INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION

322955176v.1

# **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017-5793.

On **February 12, 2026**, I served the within document(s):

**DEFENDANT FLOOR AND DECOR OUTLET OF AMERICA, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION OF PLAINTIFFS' INDIVIDUAL CLAIMS AND TO DISMISS CLASS ACTION CLAIMS**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

| | |
|---|---|
| **MOON LAW GROUP, PC**<br>**Kane Moon, Esq**<br>**Allen Feghali, Esq.**<br>**Enzo Nabiev, Esq.**<br>**Michael Braud, Esq.**<br>725 South Figueroa Street, Suite 3100<br>Los Angeles, California 90017<br>Telephone No.: (213) 232-3128<br>Facsimile No.: (213) 232-3125<br>Email: kmoon@moonlawgroup.com<br>Email: afeghali@moonlawgroup.com<br>Email: enabiev@moonlawgroup.com<br>Email: mbraud@moonlawgroup.com | Attorneys for Plaintiffs<br>RIKKI SALDIVAR and FRANCISCO ALEMAN, individually, and on behalf of all others similarly situated |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 12, 2026**, at Los Angeles, California.

/s/ *Kevin Sar*
Kevin Sar

PROOF OF SERVICE

322955176v.1