1  SEYFARTH SHAW LLP
   Daniel Whang (SBN 223451)
2  dwhang@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
4  Facsimile:  (310) 201-5219

5  SEYFARTH SHAW LLP
   Gina Gi (SBN 266708)
6  ggi@seyfarth.com
   601 South Figueroa Street, Suite 3300
7  Los Angeles, California 90017-5793
   Telephone:   (213) 270-9600
8  Facsimile: (213) 270-9601

9  Attorneys for Defendant
   FLOOR AND DECOR OUTLETS OF
10 AMERICA, INC.

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14 RIKKI SALDIVAR and FRANCISCO          Case No. 2:26-cv-00714-ODW-MARx
   ALEMAN, individually, and on behalf of
15 all others similarly situated,         **DECLARATION OF CINDY
                                          QUINONEZ IN SUPPORT OF
16              Plaintiffs,               DEFENDANT'S MOTION TO
                                          COMPEL ARBITRATION AND TO
17       v.                               DISMISS PLAINTIFF'S CLASS
                                          ACTION CLAIMS**
18 FLOOR AND DECOR OUTLETS OF
   AMERICA, INC.; and DOES 1 through 10,  *[Filed Concurrently with Notice of
19 inclusive,                             Motion; Memorandum of Points and
                                          Authorities; Declaration of Mandi
20              Defendants.               Donovan; Declaration of Justin Mescall;
                                          Declaration of Gina Gi; and [Proposed]
21                                        Order]*

22

23

24

25

26

27

28

───────────────────────────────────────────────
                DECLARATION OF CINDY QUINONEZ

## DECLARATION OF CINDY QUINONEZ

I, Cindy Quinonez, hereby declare as follows:

1.      I am currently employed by Floor and Decor Outlets of America, Inc. ("F&D") as the Chief Executive Merchant ("CEM") of its retail store in La Quinta, California. I have been employed by F&D since January 4, 2021. I have personal knowledge of the facts described in this declaration and could and would testify competently if called to do so.

2.      I became the CEM at La Quinta in June 2023. As the CEM, I am the lead manager for the store and I oversee all of the staff and operations at that store. Prior to becoming CEM, I worked as an Operations Manager and Department Manager for F&D at various retail stores in California. As such, I have knowledge about the actual work being performed by F&D retail store staff.

3.      The Pro Services department serves the local professional customer segment of the business. These customers, who use Floor & Decor's products in their own business or trade, are commonly called "Pros." The Pro Services Assistant Department Manager works closely with the Pro Services Department Manager and is primarily responsible for building and maintaining the relationship and sales with local Pro customers, driving sales growth and profitability in the local market, analyzing market opportunities, developing price strategies, building and maintaining relationships with key Pro customers, training and developing product sales specialists, and participating in marketing and promotional efforts. This is a managerial and administrative role. The Assistant Department Manager is not a delivery driver, does not ship products to out-of-state to customers, does not unload products from delivery trucks, and does not move pallets of products around by forklift within the retail store.

4.      The Inventory Control Specialist is primarily responsible for making sure inventory counts throughout the store are up-to-date and accurate, auditing customer purchases awaiting pick-up, researching inventory-related discrepancies, and reviewing

DECLARATION OF CINDY QUINONEZ

shipping and receiving documents for accuracy. The Inventory Control Specialist is not a delivery driver, does not prepare products for delivery, does not unload products from delivery trucks, and does not move pallets of products around by forklift within the retail store. Inventory at the La Quinta retail store is supplied by F&D's distribution center in Moreno Valley, California. Products that are received at the retail store have completed any interstate journey. Products available at the retail store are available for sale to local customers.

5.      The Deco Department is a specialized area of the retail store focused on curating, merchandising, and selling decorative tiles, mosaics, and related accent products to enhance design aesthetics. The Deco Department Manager is primarily responsible for retail customer service, ensuring departmental costs remain in budget, achieving sales goals, working on business reports, monitoring the hiring, training, development, and scheduling of staff, ensuring staff adherence to company policies, making sure there is sufficient inventory in the department, and assisting the store manager in handling personnel issues. This is a managerial and administrative role. The Deco Department Manager is not a delivery driver, does not prepare products for delivery, does not unload products from delivery trucks, and does not move pallets of products around by forklift within the retail store.

6.      The Tile Department is focused on providing a large selection of decorative tiles, including kitchen tiles, bathroom tiles, and more. Rikki Saldivar became Tile Department Manager on July 7, 2023. Her actual duties primarily consisted of retail customer service, ensuring departmental costs remain in budget, achieving sales goals, working on business reports, monitoring the hiring, training, development, and scheduling of staff, ensuring staff adherence to company policies, making sure there is sufficient inventory in the department, and assisting the store manager in handling personnel issues. This is a managerial and administrative role. As Tile Department Manager, Saldivar was not a delivery driver, did not prepare products for delivery, did

2

DECLARATION OF CINDY QUINONEZ

not unload products from delivery trucks, and did not move pallets of products around by forklift within the retail store.

7.      Finally, Saldivar worked as a Command Center Associate from about March 22, 2024 until her resignation on or about December 19, 2024. As a Command Center Associate, she spent 95% of her time in the Command Center, an area in the retail store that is accessible to all customers. Her actual duties primarily consisted of assisting retail customers who ordered products in-store or online with their in-store pick-up or with delivery. For those who pick up their products in-store, she checked them in and verified their identity. She also helped serve as a spotter for the warehouse associate who did the actual loading of the product onto the customer's vehicle. For online web orders, she reviewed the order in the computer system, created shipments in the system by inputting the delivery address and service load to help get the product ready for shipment, though it is the warehouse associate who actually retrieves the product, wraps or packages it, and prepares it for pick-up. Any web-based orders for products at the La Quinta store are either made available for in-store pick-up or can be delivered to local area customers via third-party courier. F&D does not employ any delivery drivers to deliver products to customers. Saldivar also helped clean and stock products within the retail store. Saldivar was not a delivery driver, she did not regularly ship products to out-of-state customers, she did not unload products from delivery trucks, and she did not move pallets of products around by forklift within the retail store.

8.      Attached are true and correct copies of job descriptions that summarize the job responsibilities and tasks that Saldivar performed at La Quinta for the roles she held:

| Job | Exhibit |
|---|---|
| Pro Services Assistant Department Manager | A |
| Inventory Control Specialist | B |
| Deco Department Manager | C |

3

DECLARATION OF CINDY QUINONEZ

| Tile Department Manager | Same as Exhibit C |
|---|---|
| Command Center Associate | D |

9.      F&D has over 250 retail stores nationwide, including over 30 stores in California.  The La Quinta store is the only store in the Coachella Valley area and exists for the purpose of serving local customers.  Customers in neighboring states are served by F&D's 8 stores in the Phoenix, Arizona metro area, 1 store in the Tucson, Arizona metro area, 3 stores in the Las Vegas, Nevada metro area, and 1 store in the Reno, Nevada metro area.

10.      The hard surface flooring products offered for retail sale at the La Quinta store are a significant purchase for many of our customers. Most customers personally come into the La Quinta retail store to view our products before buying. Additionally, the La Quinta store employs a team of designers to provide free design services to all customers in the store. Many customers purchase samples of hard surface flooring to take home before deciding which products to buy for one or more rooms in their homes. When customers are ready to make their final selections, they can purchase in-store, build their own shopping cart on the F&D website, or purchase products listed in a MyProject quote built just for them during a prior store visit via a unique link.

11.      The La Quinta store's annual percentages of in-store sales, MyProject quote sales, and F&D website sales, each as a percentage of the store's total annual sales, are set forth below. This shows that the vast majority of the store's sales are made in person or, in the case of MyProject quotes, are tied to a store visit.  Additionally, many online sales result from visits to the LaQuinta store.

| Year | 2023 | 2024 | 2025 |
|---|---|---|---|
| **In-Store Sales** | 80.00% | 80.38% | 81.05% |
| **MyProject Sales** | 9.53% | 9.04% | 9.91% |

4

DECLARATION OF CINDY QUINONEZ

323204677v.5

| | | | |
|---|---|---|---|
| **F&D Website Sales** | 10.47% | 10.59% | 9.04% |

The La Quinta store's percentage of all sales that are delivered by third-party delivery services (*i.e.*, neither the customer nor the customer's designated representative picks up the product from the store), sales of all types delivered by third-parties to out-of-state destinations, MyProject sales delivered by third-parties, and website sales delivered by third-parties, each as a percentage of the store's total annual sales, are set forth below. This shows that out-of-state deliveries are a miniscule percentage of the store's total annual sales and are, at most, a miniscule percentage of any La Quinta store associate's job duties:

| Year | 2023 | 2024 | 2025 |
|---|---|---|---|
| All Sales Delivered by Third-Parties | 1.97% | 1.72% | 2.22% |
| All Sales Delivered to Out-Of-State Destinations | 0.21% | 0.05% | 0.28% |
| MyProject Sales Delivered by Third-Parties | 0.75% | 0.54% | 0.94% |
| Website Sales Delivered by Third-Parties | 1.22% | 1.18% | 1.28% |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____2/1/2026_____, 2026 at La Quinta, California.

_____
Cindy Quinonez

5
DECLARATION OF CINDY QUINONEZ

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California  90017-5793.

On **February 11, 2026**, I served the within document(s):

**DECLARATION OF CINDY QUINONEZ IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO DISMISS PLAINTIFF'S CLASS ACTION CLAIMS**

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

| | |
|---|---|
| **MOON LAW GROUP, PC**<br>**Kane Moon, Esq**<br>**Allen Feghali, Esq.**<br>**Enzo Nabiev, Esq.**<br>**Michael Braud, Esq.**<br>725 South Figueroa Street, Suite 3100<br>Los Angeles, California 90017<br>Telephone No.: (213) 232-3128<br>Facsimile No.:  (213) 232-3125<br>Email: kmoon@moonlawgroup.com<br>Email: afeghali@moonlawgroup.com<br>Email: enabiev@moonlawgroup.com<br>Email: mbraud@moonlawgroup.com | Attorneys for Plaintiffs<br>RIKKI SALDIVAR and FRANCISCO ALEMAN, individually, and on behalf of all others similarly situated |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 11, 2026**, at Los Angeles, California.

_/s/ Kevin Sar_
Kevin Sar

323152207v.1