SEYFARTH SHAW LLP
Daniel Whang (SBN 223451)
dwhang@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219

SEYFARTH SHAW LLP
Gina Gi (SBN 266708)
ggi@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:(213) 270-9601

Attorneys for Defendant
FLOOR AND DECOR OUTLETS OF
AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIKKI SALDIVAR and FRANCISCO ALEMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLOOR AND DECOR OUTLETS OF AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00714-ODW-MARx<br><br>**DECLARATION OF JUSTIN MESCALL IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO DISMISS PLAINTIFF'S CLASS ACTION CLAIMS**<br><br>*[Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; Declaration of Mandi Donovan; Declaration of Cindy Quinones; Declaration of Gina Gi; and [Proposed] Order]* |

DECLARATION OF JUSTIN MESCALL

323211809v.5

# DECLARATION OF JUSTIN MESCALL

I, Justin Mescall, hereby declare as follows:

1. I am currently employed by Floor and Decor Outlets of America, Inc. ("F&D") as the Chief Executive Merchant ("CEM") of its retail store in Fresno, California. I have been employed by F&D since October 7, 2016. I have personal knowledge of the facts described in this declaration and could and would testify competently if called to do so.

2. I have been the CEM at F&D's Fresno retail store since September 16, 2022. As the CEM, I am the lead manager for the store and I oversee all of the staff and operations at that store. Prior to becoming CEM, I worked as an Operational Readiness Manager, Operations Manager, Department Manager, Assistant Department Manager, and Tile Specialist for F&D at various retail stores in California. As such, I have knowledge about the actual work being performed by F&D retail store staff.

3. Francisco Aleman used to work at the Fresno retail store. From approximately May 16, 2024 until May 23, 2024, Aleman worked as a Warehouse Associate. His actual duties in this one-week period consisted of interacting with customers, helping them find products as needed and answering their questions, checking inventory and orders, organizing and restocking the sales floor with merchandise, and helping to load products to a customer's vehicle in the parking lot. Aleman also helped get products that are purchased online ready for either in-person pick up or delivery. Aleman was never a delivery driver and he did not personally transport any products across state lines. He did not regularly arrange for the shipment of any online orders to out-of-state customers. Customers who request delivery can do so in one of two ways. First, if a customer places an order in-store and wishes to have the item delivered, F&D charges a delivery fee and arranges a third-party to pick up the order and deliver it to the customer. Second, in the rare instance that a customer places an order online, the ordered products are eligible for delivery, and the customer selects third-party delivery, that order

---

DECLARATION OF JUSTIN MESCALL

323211809v.5

is processed and prepared by the warehouse team, who review the order, wrap or package the item, stage it in the loading bay, and schedule it for pick-up via a third-party courier who makes the delivery. The Fresno store does not employ any delivery drivers to deliver products to customers. Attached as **Exhibit A** is a true and correct copy of the job description for the Warehouse Associate.

4. The term "warehouse" as used in the job description simply describes the storage area located at the back of our retail store. It is where our local inventory is stored for eventual display on the sales floor or kept until it is purchased by customers. This inventory is supplied to us by F&D's distribution center in Moreno Valley, California. Products that are received at our retail store are at the end of their supply chain journey and are positioned in the retail store for sale to local Fresno customers.

5. From approximately May 24, 2024 until his resignation on or about November 15, 2024, Aleman worked as a Receiving Associate. The Fresno store receiving team is comprised of only three to four associates. The store usually receives no more than eight incoming delivery trucks each week. It typically takes 45 minutes to 2 hours each day, at most, to offload products. The vast majority of offloading is conducted by the Receiving Supervisor, not the Receiving Associates like Aleman. Only approximately 10-15% of Aleman's actual time was spent assisting with the offloading of products from a trailer backed into the loading dock by a third-party truck driver and onto a staging area within the store. Approximately 85-90% of Aleman's actual time is spent moving the product within the retail store, such as by moving it from the staging area directly onto the customer sales floor or to racks in the "warehouse" for later placement on the sales floor, ensuring products inside the retail store are stored properly to conserve space and comply with safety procedures, rotating and replenishing inventory on the sales floor, ensuring products are organized for counting and inspection, and ensuring the sales floor is full of product and ready for customers the next business day. Aleman was not a delivery driver, he did not deliver any products across state lines, and he did not regularly

prepare for shipment orders of products to out-of-state customers. Attached as **Exhibit B** is a true and correct copy of the job description for the Receiving Associate.

6. F&D has over 250 retail stores nationwide, including over 30 stores in California. The Fresno store is the only store in the Fresno area and exists for the purpose of serving local Fresno customers. Customers in neighboring states are served by F&D's 8 stores in the Phoenix, Arizona metro area, 3 stores in the Las Vegas, Nevada metro area, and 1 store in the Reno, Nevada metro area.

7. The hard surface flooring products offered for retail sale at the Fresno store are a significant purchase for many of our customers. Most customers personally come into the Fresno retail store to view our products before buying. Additionally, the Fresno retail store employs a team of designers to provide free design services to all customers in the store. Many customers purchase samples of hard surface flooring to take home before deciding which products to buy for one or more rooms in their homes. When customers are ready to purchase, they can purchase in-store, build their own shopping cart on the F&D website, or purchase products listed in a MyProject quote built especially for them during a prior store visit via a unique link.

8. The Fresno store's annual percentages of in-store sales, MyProject quote sales, and F&D website sales, each as a percentage of the store's total annual sales, are set forth below. This shows that the vast majority of the store's sales are made in person or, in the case of MyProject quotes, are tied to a store visit. Additionally, many online sales result from visits to the Fresno store.

| Year | 2023 | 2024 | 2025 |
|---|---|---|---|
| **In-Store Sales** | 86.26% | 83.74% | 87.10% |
| **MyProject Sales** | 7.60% | 9.57% | 7.42% |
| **F&D Website Sales** | 6.14% | 6.68% | 5.49% |

The Fresno store's percentage of all sales that are delivered by third-party delivery services (*i.e.*, neither the customer nor the customer's designated representative picks up the product from the Fresno store), sales of all types delivered by third-parties to out-of-state destinations, MyProject sales delivered by third-parties, and website sales delivered by third-parties, each as a percentage of the store's total annual sales, are set forth below. This shows that out-of-state deliveries are a miniscule percentage of the store's total annual sales and are, at most, a miniscule percentage of any Fresno store associate's job duties:

| Year | 2023 | 2024 | 2025 |
|---|---|---|---|
| All Sales Delivered by Third-Parties | 1.62% | 1.69% | 1.22% |
| All Sales Delivered to Out-Of-State Destinations | 0.03% | 0.18% | 0.05% |
| MyProject Sales Delivered by Third-Parties | 0.97% | 0.77% | 0.59% |
| Website Sales Delivered by Third-Parties | 0.66% | 0.92% | 0.64% |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____2/10/2026_____, 2026 at Fresno, California.

_____
Justin Mescall

4
DECLARATION OF JUSTIN MESCALL

323211809v.5

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017-5793.

On **February 11, 2026**, I served the within document(s):

**DECLARATION OF JUSTIN MESCALL IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO DISMISS PLAINTIFF'S CLASS ACTION CLAIMS**

| ☒ | by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below. |
|---|---|

| | |
|---|---|
| **MOON LAW GROUP, PC**<br>**Kane Moon, Esq**<br>**Allen Feghali, Esq.**<br>**Enzo Nabiev, Esq.**<br>**Michael Braud, Esq.**<br>725 South Figueroa Street, Suite 3100<br>Los Angeles, California 90017<br>Telephone No.: (213) 232-3128<br>Facsimile No.: (213) 232-3125<br>Email: kmoon@moonlawgroup.com<br>Email: afeghali@moonlawgroup.com<br>Email: enabiev@moonlawgroup.com<br>Email: mbraud@moonlawgroup.com | Attorneys for Plaintiffs<br>RIKKI SALDIVAR and FRANCISCO ALEMAN, individually, and on behalf of all others similarly situated |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 11, 2026**, at Los Angeles, California.

                                             /s/ *Kevin Sar*
                                             Kevin Sar

323152207v.1