UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00714-ODW (MARx) | Date | August 4, 2026 |
| Title | *Rikki Saldivar et al v. Floor and Decor Outlets of America, Inc. et al.* | | |

| | |
|---|---|
| Present: The Honorable | Otis D. Wright II, United States District Judge |

| | | |
|---|---|---|
| Patricia Kim for Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** **ORDER TO SHOW CAUSE RE REPEATED FAILURE TO SUBMIT STATUS REPORTS**

On March 20, 2026, the Court granted Defendants' Unopposed Motion to Compel Arbitration. (Order Compel Arb., Dkt No. 17.) The Court ordered the parties to file joint status reports regarding the status of the arbitration. (*Id.* at 2.) The parties' first status report was due on May 1, 2026, followed by regular status reports every ninety (90) days after that. The parties failed to file their first status report. Accordingly, the Court ordered the parties to show cause why the Court should not dismiss this case or sanction the parties for failure to comply with the Court's orders. (Order Show Cause, Dkt. No. 18.)

On May 7, 2026, the parties responded to the Court's OSC and submitted a tardy status report, claiming they failed to submit a timely status report "[d]ue to an administrative error." (Status Report, Dkt. No. 19.) The parties also indicated that "the issue has been corrected, and all future joint reports will be filed timely on or before July 30, 2026; October 28, 2026; January 26, 2027; April 26, 2026; and thereafter." (*Id.*)

However, contrary to this Court's order and the parties' express assertion, they failed (again) to submit their latest status report, which was due on July 30, 2026. Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing only, why the Court should not dismiss this case or sanction the parties for failure to comply with this Court's orders. The Court will consider the filing of a status report as an appropriate response to this order. No hearing will be held. The parties shall respond to this order within **seven (7) days**.

Failure to timely and adequately comply with this order or future failures to file timely status reports shall result in the dismissal of this action without further warning.

**IT IS SO ORDERED.**

___ : 00

Initials of Preparer PK